UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Case No. 19-CR-96

SAUL GARCIA, *et al.*,

        Defendants.

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Laura S. Kwaterski, Assistant United States Attorney, files this Bill of Particulars to notify the Court and the defendants of the United States' intent to make the following change to the Forfeiture Notice of the Indictment filed on May 21, 2019.

The United States amends the description of item b identified in paragraph 1, the item identified in paragraph 2, and the item identified in paragraph 3 of the Forfeiture Notice of the Indictment, filed on May 21, 2019. The United States has been advised by the Wisconsin law firm that the asset listed in those paragraphs should be more accurately described as approximately $108,298.68 currently being held for potential forfeiture in the trust account of a Wisconsin law firm with the initials K.H.&K.

Dated at Milwaukee, Wisconsin, this 17th day of September, 2019.

                           MATTHEW D. KRUEGER
                           United States Attorney

By:    s/LAURA S. KWATERSKI
           Assistant United States Attorney
           Laura S. Kwaterski Bar Number: 1055485
           Attorney for Plaintiff
           Office of the United States Attorney
           Eastern District of Wisconsin
           517 East Wisconsin Avenue, Room 530
           Milwaukee, WI 53202
           Telephone: (414) 297-1700
           Fax: (414) 297-1738
           E-Mail: laura.kwaterski@usdoj.gov