# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT AND PLEA MINUTES**<br>On Superseding Indictment |
| v. | CASE NUMBER **19-CR-96** |
| **SAUL GARCIA**<br>**SAUL GARCIA, JR**<br>**DANIEL GARCIA**<br>**CONSUELO GARCIA**<br>**MARIA REMEDIOS GARCIA-OLALDE** | |

HONORABLE NANCY JOSEPH, presiding
Deputy Clerk: Amanda Chasteen
Hearing Held: January 30, 2020 at 10:00 AM

Court Reporter: Liberty
Hearing Began: 10:09:58 AM
Hearing Ended: 10:18:15 AM

**Appearances:**

UNITED STATES OF AMERICA by: Erica Lounsberry
SAUL GARCIA, in person, and by: Daniel Vaccaro ☐ CJA ☐ FDS ☑ RET
SAUL GARCIA, JR, in person, and by: Jacob Manian for Daniel Sanders ☐ CJA ☐ FDS ☑ RET
DANIEL GARCIA, in person, and by: Jacob Manian ☐ CJA ☐ FDS ☑ RET
CONSUELO GARCIA, in person, and by: Christopher Donovan ☐ CJA ☐ FDS ☑ RET
MARIA REMEDIOS GARCIA-OLALDE, in person, and by: Gabriela Leija ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by:
INTERPRETER: ☑ None ☐ Sworn

☐ Original Indictment ☑ Superseding Indictment ☐ Information ☐ Misdemeanor ☑ Felony

| | |
|---|---|
| Speedy Trial Date: | District Judge: Pamela Pepper |
| Plea Deadline: | Bond Judge: William E. Duffin |
| Final Pretrial Report | Magistrate Judge: William E. Duffin |
| Final Pretrial Conf.: | Motions Due: |
| Jury Trial Date: | Responses Due: |
| Trial Length Estimate: 2 weeks | Replies Due: |

☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
   ☐ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Open file policy applies
   Discovery available: <u>New discovery provided this morning</u>
☑ Government to disclose grand jury materials
   one day prior to trial

☐ Oral Motion for Complex Designation
   ☐ Granted ☐ Denied
   ☐ Referred to William E. Duffin
☐ Case designated complex
☑ Counsel Only Scheduling Conference:
   March 5, 2020 at 9:00 AM
   before Magistrate Judge William E. Duffin

Maximum Penalties:

GOVT Speaks to the differences in the Superseding Indictment:
Count 1 – 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $5,100.00 Special Assessment
Count 2 – 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $5,100.00 Special Assessment
Count 3 – 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $5,100.00 Special Assessment
Count 4 – 5 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $5,100.00 Special Assessment
Count 5 – 5 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Count 6 – 10 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Count 7 – 15 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Count 8 – 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $5,100.00 Special Assessment
Count 9 – 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Count 10 - 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Counts 11-17: SENT: Up to the court's discretion
Forfeiture Notice.

GOVT speaks to status of discovery
- There is one report outstanding that will be provided as soon as it is available